IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CHANDRA ANAND, et al. | * |
| Plaintiffs | * |
| v. | *   Civil No. RWT 13-843 |
| OCWEN LOAN SERVICING, LLC, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' RESPONSE TO COURT'S**
**STANDING ORDER CONCERNING REMOVAL**

Defendants Deutsche Bank National Trust Co. ("Deutsche"), individually and as Trustee for Saxon Asset Securities Trust 2007-2 and Ocwen Loan Servicing, LLC ("Ocwen") respond to the Court's Standing Order Concerning Removal as follows:

1.   The date(s) on which each defendant was served with a copy of the summons and complaint.

**Response No. 1**: Removing Defendant Deutsche was served on February 20, 2013.

Removing Defendant Ocwen Loan Servicing, LLC was served on February 19, 2013.

2.   In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.

**Response No. 2**: Removing Defendant Deutsche National Bank Trust Co., individually and as Trustee for Saxon Asset Securities Trust 2007-2, as alleged by Plaintiffs, has a principal place of business in California and is a federal savings bank chartered by the laws of the United States. (Complaint, ¶ 6 and caption.) Therefore Removing Defendant it is not a citizen of Maryland.

Removing Defendant Ocwen Loan Servicing, LLC is a limited liability company. For diversity purposes, the citizenship of a limited liability company is determined by the citizenship of its members. *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 121 (4th Cir. 2004). The sole member of Ocwen Loan Servicing, LLC is Ocwen Financial Corporation, which is a Delaware corporation with its principal place of business in Florida. Therefore, Ocwen Loan Servicing, LLC is not a citizen of Maryland.

3. If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place a this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.

**Response No. 3**: n/a

4. In actions removed to this court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.

**Response No. 4**: n/a

5. Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.

**Response No. 5**: n/a

                                          Respectfully submitted,

                                          /s/
                            Christopher M. Corchiarino (Bar No. 27844)
                            Goodell, DeVries, Leech & Dann, LLP
                            One South Street, 20th Floor
                            Baltimore, Maryland 21202
                            Telephone: 410-783-4038
                            Facsimile: 410-783-4040
                            cxc@gdldlaw.com
                            *Attorneys for Defendants, Deutsche Bank*
                            *National Trust Co., as Trustee for Saxon Asset*
                            *Securities Trust 2007-2 and Ocwen Loan*
                            *Servicing, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 28th day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of electronic filing (NEF) to the following:

> Douglas N. Gottron
> Morris Palerm, LLC
> 416 Hungerford Drive, Suite 315
> Rockville, Maryland 20850
>
> *Attorneys for Plaintiff*

_____/s/_____
Christopher M. Corchiarino

*4812-6055-7843, v. 1*