IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CHANDRA ANAND, et al. | * |
| Plaintiffs | * |
| v. | Civil No. RWT 13-843 |
| | * |
| OCWEN LOAN SERVICING, LLC, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANT'S DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule 7.1 and Local Rule 103.3, Defendant Deutsche Bank National Trust Company discloses as follows:

Deutsche Bank National Trust Company is not a corporation, it is a national banking association and therefore the disclosures under Federal Rule 7.1 and Local Rule 103.3(a) are inapplicable.

Regarding Local Rule 103.3(b), Deutsche Bank National Trust Company is the Trustee for the investors in the mortgage note at issue in this case, which investors may have an interest in the outcome of the litigation.

Dated this 28th day of March, 2013.

Respectfully submitted,

_____/s/_____
Christopher M. Corchiarino (Bar No. 27844)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone:  410-783-4038
Facsimile:   410-783-4040
cxc@gdldlaw.com
*Attorneys for Defendants, Deutsche Bank
National Trust Co., as Trustee for Saxon Asset
Securities Trust 2007-2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 28th day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of electronic filing (NEF) to the following:

>Douglas N. Gottron
>Morris Palerm, LLC
>416 Hungerford Drive, Suite 315
>Rockville, Maryland 20850
>
>*Attorneys for Plaintiff*

                              /s/
                    Christopher M. Corchiarino