IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

CHANDRA ANAND, et al.                          *

    Plaintiffs                                       *

                                     Civil No. RWT 13-843

v.                                                                *

OCWEN LOAN SERVICING, LLC, et al.   *

    Defendants.                                      *

*      *      *      *      *      *      *      *      *      *      *      *      *

## DEFENDANT'S DISCLOSURE STATEMENT

      Defendant Ocwen Loan Servicing, LLC ("Ocwen"), pursuant to Federal Rule 7.1 and Local Rule 103.3, discloses as follows:

      1.    Defendant Ocwen is a non-governmental limited liability company, whose sole member is Ocwen Financial Corporation, a publicly traded corporation.

DATED this 28th day of March, 2013.

                                    Respectfully submitted,

                                          _____/s/_____
                                          Christopher M. Corchiarino (Bar No. 27844)
                                          Goodell, DeVries, Leech & Dann, LLP
                                          One South Street, 20th Floor
                                          Baltimore, Maryland 21202
                                          Telephone:  410-783-4038
                                          Facsimile:  410-783-4040
                                          cxc@gdldlaw.com
                                          ***Attorneys for Defendant,***
                                          ***Ocwen Loan Servicing, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 28th day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of electronic filing (NEF) to the following:

> Douglas N. Gottron
> Morris Palerm, LLC
> 416 Hungerford Drive, Suite 315
> Rockville, Maryland 20850
>
> *Attorneys for Plaintiff*


_____/s/_____
Christopher M. Corchiarino

4811-3952-2579, v. 1