# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                         **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                            **GREENBELT, MARYLAND 20770**
                                                                                                  **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:        *Anand et al v. Ocwen Loan Servicing, LLC et al*
              Civil No. RWT-13-0843

DATE:     May 9, 2013

\* \* \* \* \* \* \* \* \*

At the request of the parties, the hearing currently scheduled for May 30, 2013 at 11:00 a.m. is hereby **RESCHEDULED** for **June 18, 2013 at 11:00 a.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                             /s/
                                                 Roger W. Titus
                                                 United States District Judge