Douglas N. Gottron, Esquire (Bar No. 06881)
Morris Palerm, LLC
416 Hungerford Drive
Suite 315
Rockville, MD 20850
P: (301) 424-6290
F: (240) 778-6873
dgottron@morrispalerm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **CHANDRA ANAND** ) | |
| ) | |
| *and* ) | |
| ) | |
| **RENU ANAND** ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| *vs.* ) | Case No: RWT 13-843 |
| ) | |
| **OCWEN LOAN SERVICING, LLC** ) | |
| ) | |
| *and* ) | |
| ) | |
| **DEUTSCHE BANK NATIONAL TRUST CO.** ) | |
| individually and as trustee for  ) | |
| Saxon Asset Securities Trust 2007-2 ) | |
| ) | |
| *Defendants* ) | |
| _____) | |

### NOTICE OF APPEAL

Notice is hereby given that Chandra Anand and Renu Anand, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 18th day of June, 2013 (Doc. No. 18) dismissing the above named case.

The names of all parties to the aforesaid Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Chandra Anand and Renu Anand
19909 Knollcross Drive
Germantown, Maryland 20876
*Plaintiffs/Appellants*

Douglas N. Gottron
416 Hungerford Drive
Suite 315
Rockville, Maryland 20850
Tel: (301) 424-6290
*Counsel for Plaintiffs/Appellants*

Ocwen Loan Servicing, LLC
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808
*Co-Defendant/Co-Appellee*

Deutsche Bank National Trust Company
  individually and as trustee for Saxon Asset Securities Trust 2007-2
Mail Stop NYC 60-3012
300 S. Grand Avenue, 41st Floor
Los Angeles, California  90071
*Co-Defendant/Co-Appellee*

Christopher M Corchiarino
Goodell DeVries Leech and Dann LLP
One South St., 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4000
*Counsel for Defendants/Appellees*

Dated:
July 16, 2013

Respectfully submitted,

/s/ Douglas N. Gottron
Douglas N. Gottron, Bar No. 06881
Morris Palerm, LLC
416 Hungerford Drive, Suite 315
Rockville, MD 20850
P: (301) 424-6290
F: (301) 424-6294
dgottron@morrispalerm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF APPEAL was posted by regular United States mail, postage prepaid, and/or by electronic delivery this 16th day of July, 2013, to the following:

Christopher M Corchiarino
Goodell DeVries Leech and Dann LLP
One South St., 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4000
*Counsel for Defendants/Appellees*

                    Respectfully submitted,

                    /s/ *Douglas N. Gottron*
                    Douglas N. Gottron
                    Bar No. 06881
                    Morris Palerm, LLC